UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:20-cv-201

| | |
|---|---|
| HEAVEN CORDELL,<br><br>        Plaintiff,<br><br>vs.<br><br>CHEROKEE COUNTY; SCOTT LINDSAY both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services,<br><br>        Defendants. | **JOINT NOTICE OF SETTLEMENT OF ALL CLAIMS** |

      NOW COME the Parties to this matter, and do hereby respectfully report to the Court that they have reached an agreement to resolve all claims against all parties in this lawsuit. The Parties anticipate filing a dismissal within thirty days.

      Respectfully submitted, this the 29th day of September, 2021.

s/David A. Wijewickrama
David A. Wijewickrama
*Attorney for Plaintiff*

s/D. Brandon Christian
D. Brandon Christian
*Attorney for Plaintiff*

| | |
|---|---|
| s/Melissa Jackson<br>Melissa Jackson<br>*Attorney for Plaintiff* | s/Mary Euler<br>Mary Euler<br>*Attorney for Cindy Palmer in her individual capacity* |
| s/Patrick Flanagan<br>Patrick Flanagan<br>*Attorney for Scott Lindsay in his individual capacity* | |

s/Sean F. Perrin
Sean F. Perrin
*Attorney for Defendant Cherokee County, Scott Lindsay in his official capacity and Cindy Palmer in her official capacity*